**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 25, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>David Glen Riggs<br>11510 Dona Dorothea Drive<br>Studio City, CA 91604 | Case Number:<br>**1:10–bk–14809–KT** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: aka David Riggs, aka Dave Riggs, aka David G. Riggs<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–6292 |
| Attorney for Debtor(s) (name and address):<br>John D Monte<br>15303 Ventura Boulevard Ninth Floor<br>Sherman Oaks, CA 91403<br>Telephone number:  323–876–9918 | Bankruptcy Trustee (name and address):<br>Nancy J Zamora<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Telephone number:  213–488–9411 |

### Meeting of Creditors

Date:  **May 28, 2010**                                                              Time:  **09:00 AM**
Location:  **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: July 27, 2010**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603<br>Telephone number:  818–587–2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  April 26, 2010 |
| **(Form rev. 12/09:341–B9A)** | / |

| | EXPLANATIONS | B9A (Official Form 9A)(12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. | |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367−6603** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. | |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: pharraway              Page 1 of 2                   Date Rcvd: Apr 26, 2010
Case: 10-14809                 Form ID: b9a                 Total Noticed: 68


The following entities were noticed by first class mail on Apr 28, 2010.
db           +David Glen Riggs,    11510 Dona Dorothea Drive,    Studio City, CA 91604-4249
aty          +John D Monte,    15303 Ventura Boulevard Ninth Floor,    Sherman Oaks, CA 91403-3110
tr           +Nancy J Zamora,    U.S. Bank Tower,    633 West 5th Street, Suite 2600,
               Los Angeles, CA 90071-2053
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P. O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
26239742     +Afterburner Films, Inc.,    12400 Ventura Bl - #674,    Studio City, CA 91604-2406
26239743     +Alexander Belkanov,    c/o,    Jeffery Konvitz,    1801 Century Park East - #2300,
               Los Angeles, CA 90067-2325
26239744     +Alphonse R. Tribuiani,    2350 Chesire Lane,    Naples, FL 34109-3374
26239746     +Anthem Blue Cross,    POB 54010,    Los Angeles, CA 90054-0010
26239747     +Anthony Recchia,    2724 Briarwood Place,    Bethlehem, PA 18017-3802
26239748     +Arthur and Ann Greeder,    6806 A Oceanfront,    Virginia Beach, VA 23451-2001
26239749     +Bank of America,    150 Broadway,    New York, NY 10038-4381
26239750     +Bass Entertainment,    435 S.l Curson Av - Twr 48 - 9C,    Los Angeles, CA 90036-5250
26239751     +Bill Arnold,    5274 N. Spring View Drive,    Tucson, AZ 85749-7109
26239752     +Chris Basak,    22514 South Queens Court,    Shorewood, IL 60404-9457
26239753     +Christi Robbins,    276 N. El Camino Real - SPC 69,    Oceanside, CA 92058-1734
26239754     +Collin Ireton,    3040 Club Rancho Drive,    Palmdale, CA 93551-5613
26239755     +Constatine Barbounis,    8741 Hideaway Harbor Court,    Naples, FL 34120-4327
26239756     +Covered Bridge Enterprises, LLP,    124 67th Street,    Virginia Beach, VA 23451-2062
26239757      Crystal Bass,    942 highby Road,    Frankfort, NY 13340
26239758     +Dave Snyder,    2901 South Bayshore Dr - #2F,    Miami, FL 33133-6018
26239759     +Dmitri Guzeev,    c/o Jeffrey Konvitz,    1801 Century Park East - #2300,
               Los Angeles, CA 90067-2325
26239760     +Equilease Financial Services, Inc.,    50 Washington St - 10th Fl,    Norwalk, CT 06854-2710
26239762     +Glen Jackson,    13900 Chandler,    Van Nuys, CA 91401-5734
26239763     +Huntington National Bank,    411 108th Av NE - #1920,    Bellevue, WA 98004-8424
26239765     +Isaac Zilber,    756 Bunker Road North,    Valley Stream, NY 11581-3536
26239766     +Jason Lewis,    6230 N. Camino Esquina,    Tucson, AZ 85718-3817
26239767      John Galanti,    100 Corbett Road,    Modena, NY 12548
26239768     +Jon R. Zimmerman,    1401 NE 9th St - #31,    Fort Lauderdale, FL 33304-4411
26239769     +Jon Zimmerman,    1401 NE 9th Street - #31,    Fort Lauderdale, FL 33304-4411
26239770     +Josh Pressley,    2080 N.E. 64th Street,    Fort Lauderdale, FL 33308-1343
26239771     +Julian and Francis Bryant,    126 67th Street,    Virginia Beach, VA 23451-2062
26239772     +Kathryn Peaslee,    6917 Pacific View Drive,    Los Angeles, CA 90068-2035
26239773     +Kim Bass,    435 S. Curson Ave - Twr 48 - 9C,    Los Angeles, CA 90036-5250
26239774     +Lila Vad,    5040 Addison - #400,    Addison, TX 75001-6049
26239776     +MBNA Bank,    1100 N. King Street - MS 1112,    Wilmington, DE 19884-0011
26239775     +Mach One Aviation, Inc.,    6801 West 121st St,    Leawood, KS 66209-2005
26239777      Mega Byte Computer Graphics,    520 Washington Bl,    Marina Del Rey, CA 90292
26239779     +Michael Bales, Esq.,    9665 Wilshire Bl - #810,    Beverly Hills, CA 90212-2315
26239780     +Michael C. McDermott,    731 Walker Road - E2,    Great Falls, VA 22066-2834
26239781     +Michelle and Kyle Schmidt,    192 Fernridge Road,    Port Matilda, PA 16870-7143
26239782     +Mike Jansen,    5350 Sage Avenue,    Edwards, CA 93523-2408
26239783     +Mike Stocker,    606 Reeder Stgreet,    Easton, PA 18042-1555
26239784     +Nancy and Trent Mattern,    1261 Lenape Way,    Scotch Plains, NJ 07076-2817
26239785     +Nathan East,    4003 Clarinda Drive,    Tarzana, CA 91356-5048
26239786     +Patricia Miller,    829 Capistrano Drive,    Oceanside, CA 92058-1105
26239787      Pentech Financial Inc.,    910 E. Hamilton Av - #400,    Carlsbad, CA 92008
26239788     +Pentech Financial Services, Inc.,    240 E. Hacienda Av - #100,    Campbell, CA 95008-6617
26239789     +Pete Nunan,    16070 Rose Avenue,    Los Gatos, CA 95030-4219
26239790     +Quail Capital Corp.,    2310 W. Victory Bl,    Burbank, CA 91506-1227
26239791     +Robert Zimmerman,    1436 N. 40th Street,    Allentown, PA 18104-2109
26239792     +Solon and Vivian Kandel,    7090 Via Firenze,    Boca Raton, FL 33433-1043
26239793     +Terrence Mattern,    1683 Beaver Ridge Road,    Beavertown, PA 17813-9015
26239794     +The Donovan Offices,    915 Wilshire Boulevard - #1610,    Los Angeles, CA 90017-3445
26239795     +Todd A. Mattern,    1528 Beaver Ridge Road,    Beavertown, PA 17813-9014
26239796     +Todd Adler,    333 Las Olas Way - #1506,    Fort Lauderdale, FL 33301-2383
26239797     +Todd Snyder,    2829 Bird Avenue - PMB 112,    Miami, FL 33133-4607
26239798     +Travis A. Mattern,    1311 Beaver Ridge Road,    Beavertown, PA 17813-9077
26239799     +Us Banc Corp dba Lyon Financial,    c/o Law Offices of Bryan Grundon,
               16870 W. Bernardo Drive - #400,    San Diego, CA 92127-1678
26239800     +Vasili G. Barbounis,    2601 Pennsylvani Av - #1153C,    Philadelphia, PA 19130-2306
26239801     +Wayne Frechette,    230 fortuna Drive,    Palm Beach Gardens, FL 33410-4310
26239802     +Wesley Lovelace,    3574 Durham Circle,    Oceanside, CA 92056-4903
26239803     +Wright Flight Aviation,    4003 Clarinda Drive,    Tarzana, CA 91356-5048

The following entities were noticed by electronic transmission on Apr 27, 2010.
tr           +EDI: QNJZAMORA.COM Apr 26 2010 21:33:00      Nancy J Zamora,    U.S. Bank Tower,
               633 West 5th Street, Suite 2600,    Los Angeles, CA 90071-2053
26239745     +EDI: AMEREXPR.COM Apr 26 2010 21:33:00      American Express,    POB360001,
               Fort Lauderdale, FL 33336-0001
26239761     +EDI: CALTAX.COM Apr 26 2010 21:38:00      Franchise Tax Board,    ATTN: Bankruptcy,    POB 2952,
               Sacramento, CA 95812-2952
26239764      EDI: IRS.COM Apr 26 2010 21:33:00      Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114
26239776     +EDI: BANKAMER2.COM Apr 26 2010 21:33:00      MBNA Bank,    1100 N. King Street - MS 1112,
               Wilmington, DE 19884-0011
```

```
District/off: 0973-1         User: pharraway           Page 2 of 2                 Date Rcvd: Apr 26, 2010
Case: 10-14809               Form ID: b9a              Total Noticed: 68

The following entities were noticed by electronic transmission (continued)
26239778     +EDI: DAIMLER.COM Apr 26 2010 21:38:00      Mercedes Benz Financial,   POB 9001680,
              Louisville, KY 40290-1680
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Franchise Tax Board,   ATTN: Bankruptcy,   P. O. Box 2952,   Sacramento, CA  95812-2952
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**            **Signature:**     _Joseph Speetjens_